UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                Case No.:  6:17-bk-04478-RAC

Howard Scott Bassuk                Chapter 7

_____/

## NOTICE OF RULE 2004 EXAMINATION *DUCES TECUM*

FORD MOTOR COMPANY, by the undersigned attorney, will examine Ms. Michelle Charles under oath on October 2, 2017 at 9:30 a.m. at the law offices of Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Ave., Suite 1400, Orlando, FL 32801. The date, time and location have been agreed to by counsel for Michelle Charles. The examination may continue from day to day until completed.

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1, and will be taken before an officer authorized to record the testimony. The scope of the examination is as described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

The examinee is further requested to bring to the examination all of the documents described on the attached Schedule A.

                                                  */s/ M. Gary Toole*
                                                  M. GARY TOOLE
                                                  Florida Bar No. 710814
                                                  JOHN R. REID, JR.Florida Bar No. 0002674
                                                  COLBY NICOLE FERRIS
                                                  Florida Bar No. 8416
                                                  MCDONALD TOOLE WIGGINS, P.A.
                                                  111 N. Magnolia Avenue, Suite 1200
                                                  Orlando, FL  32801
                                                  Telephone: (407) 246-1800
                                                  Facsimile: (407) 246-1895
                                                  Primary Service Email: gtoole@mtwlegal.com
                                                  Secondary Service Email: e.service@mtwlegal.com

                                                  and

*/s/ Bradley M. Saxton*
Bradley M. Saxton, Esquire
Florida Bar No.: 0855995
bsaxton@whww.com
**WINDERWEEDLE, HAINES, WARD & WOODMAN, P.A.**
PO Box 880
Winter Park, Florida 32790-0880
Telephone: (407) 423-4246
Fax: (407) 645-3728
Attorneys for Ford Motor Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 22, 2017, a true copy of this notice was electronically filed with the Bankruptcy Court and furnished via:

**CM/ECF to:**

Steven H. Meyer, CPLS, P.A., 201 East Pine Street, Suite 445, Orlando, FL 32801; smeyer@cplspa.com; courtefiling@cplspa.com; amohr@cplspa.com; Counsel for Debtor

Vinod Nichani, Nichani Law Firm, 1250 Oakmead Parkway #210, Sunnyvale, CA 94085; vinod@nichanilawfirm.com; Counsel for Danwen Trading

Robert E. Thomas, Trustee, Post Office Box 5075, Winter Park, FL 32793-5075; rthomastrustee@gmail.com.

United States Trustee - ORL7/13, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801

**EMAIL to:**

Justin M. Luna, Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Ave., Suite 1400, Orlando, FL 32801; jluna@lseblaw.com;  Counsel for Michelle Charles

**U.S. Mail to:**

Howard Scott Bassuk, 109 Ambersweet Way, Suite 278, Davenport, FL 33897-8418 (Debtor)

*/s/ Bradley M. Saxton*
Bradley M. Saxton, Esquire

## Schedule A – Michelle Charles

I.   **BANK RECORDS**

A.   Any and all documents reflecting payments received by you or Howard Bassuk from MAD Enterprise Group, LLC, or any other entity in which Mr. Bassuk held any interest during the past five (5) years, whether individually or jointly.

B.   Any and all documents and records of checking, savings, or any other type of account, foreign or domestic, maintained by Howard Bassuk whether individually, jointly with you or any other person or entity, or as the principal or agent of any entity, with any type of financial institution during the last four years, including but not limited to monthly account statements, checks, check registers, check stubs, cancelled checks, and deposit slips. This includes but is not limited to JP Morgan Chase Bank and City National Bank.

C.   All documents that refer to, relate to, reflect or concern any transfers made to or from any financial account held for the benefit of Mr. Bassuk, whether individually or jointly with you or any other person or entity, for the last five years.

D.   Any and all documents concerning Mr. Bassuk's interest in or claimed title to, any certificates of deposit, letters of credit, money orders, cashiers checks, travelers checks, bank deposits or escrow funds owned or held by Mr. Bassuk in the past five years, whether individually or jointly with you or any other person or entity.

E.   Any and all documents related to any account in which any of Mr. Bassuk's earnings or other income has been deposited into in the past five years, whether Mr. Bassuk continued to have an interest in it or not.

F.   Any and all documents evidencing Mr. Bassuk having authority to access any safe deposit box or other bank-secured area, for the last five years.

G.   Any and all documents evidencing any application signed by Mr. Bassuk or on behalf of himself, you and/or children, to open a foreign or offshore financial account in the name of Mr. Bassuk or any other person or entity.

H.   Copies of IRS contracts for all IRA's that Mr. Bassuk currently has.

I.   Copies of any IRA or 401K's for Mr. Bassuk that were "rolled over."

J.   Complete contribution and distribution records for any current or previous IRA's or 401K's for Mr. Bassuk during the last five years.

K.   Copies of any and all bills or living expenses paid for with Mr. Bassuk's IRA or 401K distributions during the past three years.

**II.     REAL PROPERTY**

A.     Any and all documents that refer to, reflect, or relate to any real property owned by Mr. Bassuk, individually or jointly with you or any other person or entity, in the past five years.

B.     Any and all documents that refer to, reflect or relate to encumbrances on any real property owned by Mr. Bassuk, individually or jointly Mr. Bassuk.

C.     Any and all documents evidencing ownership of real property in which Mr. currently enjoys a direct or indirect beneficial interest.

D.     Any and all checks, receipts, deeds or other evidence of the sale of transfer of any real property in which Mr. Bassuk had a legal or equitable ownership interest, whether individually or jointly with you or any other person or entity, within the past five years.

E.     Any and all lease agreements for real property in which Mr. Bassuk is the landlord, or has a beneficial interest.

F.     Any and all lease agreements for real property which Mr. Bassuk has leased individually or jointly with you or any other person or entity for the past five years.

G.     Any and all documents that evidence Mr. Bassuk's name being on any real property tax records, as payor or trustee for the past five years.

H.     Any and all deeds that title any real property to Mr. Bassuk as trustee for any other person or entity.

I.     Any and all deeds of trust or mortgages held in favor of Mr. Bassuk at present or owned during the last five years.

J.     Any and all documents evidencing any time-shares which Mr. Bassuk may use.

K.     Copies of any appraisals or other forms of valuation for any property that Mr. Bassuk has an interest in or had an interest within the past five years, whether individually or jointly with you or any other person or entity.

L.     Promissory Notes or Mortgages Mr. Bassuk signed during the past six years.

M.     Copies of all deeds/mortgages to which Mr. Bassuk holds property as tenants by the entireties, tenants in common or joint tenants.

**III.     PERSONAL PROPERTY**

A.     Any and all note receivables, pledges or security interests in favor of Mr. Bassuk, whether individually or jointly with you or any other person or entity, both now and in the past five years.

C.     List and valuation of all collectibles (i.e. stamps, coins, sports cards, etc.) that Mr. Bassuk now owns or has owned within the past five years, whether individually or jointly with you or any other person or entity.

  D. List and valuation of all jewelry that Mr. Bassuk now owns or has owned within the past five years, whether individually or jointly with you or any other person or entity.

  E. Any and all documents that refer to, or relate to any guns, jewelry, antiques, art, paintings or other similar assets owned by Mr. Bassuk or in his possession within the past five years.

  F. Any and all documents evidencing any interest Mr. Bassuk may have in any patents, trademarks, copyrights, franchises, royalties of any kind, oil and gas rights, timber rights, or mineral rights, whether individually or jointly with you or any other person or entity.

## IV. BUSINESS INTERESTS/EMPLOYMENT

  A. All local, state and federal tax returns filed by Mr. Bassuk in the past five years, including all attachments, schedules, W-2's, K-l's, 1099 and 1098 forms, whether individually or jointly with you or any other person or entity.

  B. All documents that identify the name and addresses of any person or entity that has employed Mr. Bassuk within the past five years.

  C. All documents that identify any person or entity for which Mr. Bassuk has acted as a consultant, broker, or contractor for in the past five years.

  D. All documents referring to any and all businesses in which Mr. Bassuk is a stockbroker, partner, officer, director, owner, or registered agent.

  E. Any and all corporate charters, minutes of stockholders meetings, resolutions, or recorded evidence of any kind relating to the affairs of any corporation owned by Mr. Bassuk, or any subsidiary or other entity in which such corporation holds an ownership interest during the past five years, whether individually or jointly.

  F. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to Mr. Bassuk, or on his behalf, within the past five years, whether individually or jointly.

  G. All documents referring, relating or pertaining to any records of salaries, commissions, bonuses, income from employment, wages, pay stubs, dividends, royalties, allowances, expenses or other sums of money paid to Mr. Bassuk, within the past five years, by any company or entity owned by you, either individually or jointly.

  H. All documents that refer to, relate to, reflect, concern, or support your statement that Mr. Bassuk has employees in Trinidad as referenced in your March 23, 2017, Petition for Injunction.

  I. All documents that refer to, relate to, reflect, concern, or support that Mr. Bassuk incurred debts through illegal activities as stated in your April 20, 2017 Petition for Dissolution of Marriage.

V.     **INVESTMENTS**

    A.     Any and all documents and records of stocks, bonds, mutual funds, debentures, certificates of deposit or any other investment vehicle owned or held for the benefit of Mr. Bassuk, whether individually or jointly with you or any other person or entity.

    B.     Any and all documents relating to any retirement accounts or annuities, whether individual or employer sponsored, that are owned by Mr. Bassuk, or held for the benefit of Mr. Bassuk.

    C.     Any and all rent rolls for all properties in which Mr. Bassuk has had an ownership interest in for the past five years, whether individually or jointly with you or any other person or entity.

    D.     Copies of all I 099-D's or 1099-1's issued to Mr. Bassuk within the past five years, whether individually or jointly.

    E.     Any and all documents referring to any stock options or profit-sharing plans held by Mr. Bassuk or for his benefit.

    F.     Any and all document that evidence a cash value in any life insurance policy of Mr. Bassuk, and copies of all policies whether term, whole life or universal.

VI.    **GENERAL**

    A.     All documents evidencing any trusts or amendments to trusts in which Mr. Bassuk is a grantor, settlor, trustee, or beneficiary.

    B.     All documents evidencing any and all trusts or amendments to trusts that Mr. Bassuk has directly or indirectly contributed any assets to within the past five years.

    C.     Copies of all pre and post-nuptial agreements identifying Mr. Bassuk, to include the list of assets and liabilities to be held separate.

    D.     Copies of all separate property agreements identifying Mr. Bassuk, to include the list of assets and liabilities to be held separately.

    E.     Copy of any Wills including all amendments in which Mr. Bassuk is or was named as beneficiary.

    F.     Copies of any and all credit card statements, for all cards in which Mr. Bassuk is an authorized user, for the past two years.

    G.     All documents referring or reflecting the name and address of any storage facility or mini ware-house to which Mr. Bassuk has access and/or maintains assets.

    H.     Copies of any and all financial statements that Mr. Bassuk has prepared for any lender or creditor in the past five years, whether individually or jointly.