UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re: )
    HOWARD SCOTT BASSUK ) Case No.: 6:17-04478-RAC
) Chapter 7
)
              Debtor(s) )

TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE
AND OPPORTUNITY FOR PARTIES IN INTEREST TO OBJECT

This case was filed as a Chapter 7 bankruptcy case on 7/5/17. Pursuant to 11 U.S.C. § 341, a meeting of creditors was scheduled for 8/15/17 at which the Debtor's attendance was required. The Debtor appeared at the meeting but did not provide the trustee with copies of his tax returns, bank statements and pay advices as required under 11 U.S.C. §521 (e)(2)(A). The Trustee noted the deficiencies in disclosure of the required documents. The meeting was then continued and rescheduled for 08/29/17. The Debtor appeared but did not provided the Trustee with the documents required under 11 U.S.C. §521 (e)(2)(A). The meeting was again rescheduled for 9/12/17, 9/26/17, 10/10/17 and 10/24/17 to allow the Debtor time to provide the required documents. The Debtor appeared at the 9/26/17 meeting, however he did not appear at the rescheduled meetings on 10/10/17 and 10/24/17 and therefore could not be examined as required by F.R.B.P. 2003(b)(1).

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**
    Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files a response within twenty one (21) days from the date set forth on the proof of service attached to this paper plus an additional 3 days for service. If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, Florida 32801and serve a copy on Robert E. Thomas, Trustee, Post Office Box 5075, Winter Park, Florida 32793-5075 and  the United States Trustee, 400 West Washington Street, Suite 1100, Orlando, Florida 32801.
    If you file and serve a response within the time permitted, the Court may schedule and notify you of a hearing, or the Court may consider the response and may grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice and hearing, and may grant the relief requested.

The Debtor did not provide required information at the §341 meetings and has failed to attend the rescheduled meetings on 10/10/17 and 10/24/17. The debtor has not provided the documents as required under 11 U.S.C. §521 (e)(2)(A) and has not appeared as required by F.R.B.P. 2003 (b)(1).  WEREFORE, the trustee moves this court to dismiss this case.

Dated: November 7, 2017

/s/ Robert E Thomas
Robert E. Thomas
Chapter 7 Trustee
Post Office Box 5075
Winter Park, Florida 32793-5075
Phone: (407) 677-5651
Facsimile: (407) 677-0675

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by First-Class United States Mail, postage prepaid, or by electronic delivery on November 7, 2017 to all parties on the attached Case Mailing Matrix

/s/ Robert E Thomas
Robert E. Thomas
Trustee