ORDERED.

Dated: February 27, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: ) | |
|     HOWARD SCOTT BASSUK ) | Case No.: 6:17-04478-KSJ |
| ) | Chapter 7 |
| ) | |
| ) | |
|     Debtor. ) | |

ORDER CONDITIONALLY DENYING TRUSTEE'S MOTION TO DISMISS CASE AND
GRANTING TRUSTEE'S M OTION FOR TURNOVER OF PROPERTY

THIS CASE came on for hearing on February 13, 2018 on the Motion By Trustee To Dismiss Case ["Motion"] (Doc. No. 42) and Debtor's Response to Trustee's Motion to Dismiss (Doc. No. 49). The Court, having considered the record and heard arguments of the Trustee and the Debtor and being otherwise fully advised in the premises and determining the merits of the Motion, it is

ORDERED as follows:

1. The Motion to Dismiss Case is Conditionally Denied.

2. The Debtor is directed to provide the Trustee no later than April 6, 2018, with the

following information:

    a. Copies of Debtor's US Tax Returns for the years 2016 and 2015, including all schedules and all supporting information and data provided to the tax return preparer;

    b. Evidence of all payments made for the Debtor's living expenses for the 90 day period prior to filing the bankruptcy case (April 6, 2017 through July 5, 2017), including but is not limited to the cost of housing, utilities, meals, food, automobile operating expenses, insurance, entertainment, travel etc;

    c. A list of and value of all of the personal property owned by the Debtor as listed in the schedules filed with the Debtor's bankruptcy petition.  A contact phone number and address for the Debtor's wife;

    d. Copies of all bank statements for bank accounts owned by the Debtor or for which the Debtor had signing authority for the one year period prior to filing the bankruptcy petition; and

    e. Evidence of payments received from employment for the 60 days prior to filing the bankruptcy case.

3. If the Debtor fails to provide the information above by April 6, 2018, upon notice by the Trustee, the court will dismiss this case with a one year injunction against the Debtor filing another bankruptcy case.

Trustee, Robert E Thomas, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.