ORDERED.

Dated: June 06, 2018

_Karen S. Jennemann_
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| HOWARD SCOTT BASSUK, | ) Case No. 6:17-bk-04478-KSJ |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

## ORDER SETTING TRIAL

The trial in the contested matter arising from the Trustee's Motion to Dismiss Case for Failure to Attend Sec. 341 Meeting of Creditors and for Failure to Provide Documents Required under Sec. 521(e)(2)(A) (Document No. 42) will be held on August 1, 2018, at 10:00 a.m. with one day reserved, before the Honorable Karen S. Jennemann, United States Bankruptcy Judge. Accordingly, it is

ORDERED:

1. Witness List. The parties shall exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

2. Parties shall comply with all requirements of Local Rules 7001-1 and 9070-1. Parties shall exchange exhibits no later than seven days before the date set for trial.

(a) Objections to Authenticity. Unless written objection to authenticity is filed with the Court and served by email no later than the close of business on the second business day before trial, copies of exhibits will be admitted in lieu of the originals.

(b) Self-Authentication. If a party intends to rely upon the self-authentication procedures of Fed. R. Evid. 902(11) or (12) with respect to the introduction into evidence of records of regularly conducted activities pursuant to Fed. R. Evid. 803(6), the party shall file with the Court and serve on other parties the written declaration required by Fed. R. Evid. 902(11) or (12) and a copy of all records sought to be admitted at least 28 days before trial.

3. Discovery Cutoff. Parties shall complete discovery no later than seven days before the trial date except that parties may complete previously scheduled depositions up to the trial date.

4. Discovery Disputes. The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

5. Meet and Confer Requirement. Counsel for all parties shall confer within seven days prior to the trial and seek in good faith to settle the case.

6. **Debtor, Howard Scott Bassuk, is directed to appear and testify.**

###

The Clerk's Office is directed to serve a copy of this order on interested parties who are non-CM/ECF users.