UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                 Case No.:  6:17-bk-04478-KSJ

Howard Scott Bassuk                Chapter 7

              Debtor.

_____/

**FORD MOTOR COMPANY'S EXHIBIT LIST**

**Trustee's Motion to Dismiss Bankruptcy Case (Doc. No. 42)**
**Debtor's Objection to Chapter 7 Trustee's Motion to Dismiss Case (Doc. No. 49)**
**Joinder in Trustee's Motion to Dismiss Bankruptcy Case (Doc. No. 63)**
**Trial Date:  August 1, 2018**

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1-A | BB&T Account Statement for AJB Capital Group 03/31/17 (000011-000014) (AJB - acct no. 5365) | | | |
| 1-B | BB&T Account Statement for AJB Capital Group 06/30/17 (000019-000024) (AJB - acct no. 5365) | | | |
| 1-C | BB&T Account Statement for AJB Capital Group 12/30/16 (000026-000027) (Bassuk - acct no. 8417) | | | |
| 1-D | BB&T Account Statement for Howard Bassuk 03/31/17 (000028-000029) (Bassuk - acct no. 8417) | | | |
| 1-E | BB&T Account Statement for Howard Bassuk 06/30/17 (000030-000031) (Bassuk - acct no. 8417) | | | |
| 1-F | BB&T Account Deposits/Withdrawals/Cash Out Tickets for Howard Bassuk (000038-000076) (Bassuk - acct no. 8417) | | | |
| 5-A | JP Morgan Chase Account Statement for Howard Bassuk and Michelle Charles 01/29/16 (000187-000194) (Bassuk – acct no. 2272) | | | |

| 5-B | JP Morgan Chase Account Statement for Howard Bassuk and Michelle Charles 02/29/16 (000195-000202) (Bassuk – acct no. 2272) | | | |
|-----|-----|---|---|---|
| 5-C | JP Morgan Chase Account Statement for Howard Bassuk and Michelle Charles 03/31/16 (000203-000210) (Bassuk – acct no. 2272) | | | |
| 5-D | JP Morgan Chase Account Statement for Howard Bassuk and Michelle Charles 04/29/16 (000211-000216) (Bassuk – acct no. 2272) | | | |
| 6-A | JP Morgan Chase Account Statement for MAD Enterprises 01/29/16 (000422-000428 (acct no. 3815) | | | |
| 6-B | JP Morgan Chase Account Statement for MAD Enterprises 02/29/16 (000447-000464) (acct no. 3815) | | | |
| 6-C | JP Morgan Chase Account Statement for MAD Enterprises 04/29/16 (000478-000480) (acct no. 3815) | | | |
| 6-D | JP Morgan Chase Account Statement for MAD Enterprises 05/25/16 (000483-000484) (acct no. 3815) | | | |
| 7-A | Wells Fargo Account Statement AJB Capital Group (AJB) for 01/31/16 (000001-000004) (acct no. 6710) | | | |
| 7-B | Wells Fargo Account Statement AJB Capital Group (AJB) for 02/29/16 (000005-000008) (acct no. 6710) | | | |
| 7-C | Wells Fargo Account Statement AJB Capital Group (AJB) for 03/31/16 (000009-000012) (acct no. 6710) | | | |
| 7-D | Wells Fargo Account Statement AJB Capital Group (AJB) for 04/30/16 (000013-000019) (acct no. 6710) | | | |
| 7-E | Wells Fargo Account Statement AJB Capital Group (AJB) for 05/31/16 (000020-000027) (acct no. 6710) | | | |
| 7-F | Wells Fargo Account Statement AJB Capital Group (AJB) for 06/30/16 (000028-000036) (acct no. 6710) | | | |

| 7-G | Wells Fargo Account Statement AJB Capital Group (AJB) for 07/31/16 (000037-000042) (acct no. 6710) | | | |
|---|---|---|---|---|
| 7-H | Wells Fargo Account Statement AJB Capital Group (AJB) for 08/31/16 (000043-000048) (acct no. 6710) | | | |
| 7-I | Wells Fargo Business Account Application AJB Capital Group (AJB) (000070-000074) (acct no. 6710) | | | |
| 7-J | Wells Fargo Withdrawals/Deposits/Checks AJB Capital Group (AJB) (000075-000136) (acct no. 6710) | | | |
| 8-A | Wells Fargo Account Statement for Defense Systems Group 02/29/16 (DSG) (0000001-000004) (acct no. 7945) | | | |
| 8-B | Wells Fargo Account Statement for Defense Systems Group 03/31/16 (DSG) (0000005-000009) (acct no. 7945) | | | |
| 8-C | Wells Fargo Account Statement for Defense Systems Group 04/30/16 (DSG) (0000010-000014) (acct no. 7945) | | | |
| 8-D | Wells Fargo Business Account Application Defense Systems Group (DSG) (0000054-000058) (acct no. 7945) | | | |
| 9-A | 1040 Tax Return for Howard Bassuk for 2015 (000001-000009) | | | |
| 9-B | 1040 Tax Return for Howard Bassuk for 2016 (000010-000018) | | | |
| 13-A | Amy Bui's texts with Howard Bassuk regarding Piguet watch (000037-000040; 000044; 000064) | | | |
| 17 | Voluntary Petition for Individuals Filing for Bankruptcy (Chap 7 filed by Bassuk on 07/05/17) | | | |
| 23 | Defense Systems Group's Principal Report from the Montana Secretary of State | | | |